## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**DAMON ROBINSON,**

    **Plaintif,**

    **v.**

**OHIO ADULT PAROLE AUTHORITY,**
**et al.,**

    **Defendants.**

**CASE NO. 2:16-CV-00362-JLG**
**JUDGE JAMES L. GRAHAM**
**Magistrate Judge Jolson**

## OPINION AND ORDER

On February 24, 2017, the Magistrate Judge issued a *Report and Recommendation*, construing this action under 42 U.S.C. § 1983, and recommending dismissal of the case. (ECF No. 10.) Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 10) is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

    **IT IS SO ORDERED.**

Date: March 17, 2017          _____s/James L. Graham_____
                                                              JAMES L. GRAHAM
                                                              United States District Judge